IN THE UNITED STATES DISTRICT COURT FOR

THE MIDDLE DISTRICT OF ALABAMA

**AFFIDAVIT IN SUPPORT OF REQUEST
TO PROCEED IN FORMA PAUPERIS**

JAMES ROBINSON
Plaintiff(s)

vs.                                                         1:05 CV 980-T

WARDEN CHERYL PRICE
Defendant(s)

I, JAMES ROBINSON, being first duly sworn, depose and say that I am the plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief. I recognize that I may be prosecuted for any false statement which I may make herein.

I further swear that the responses which I have made to questions and instructions below is true.

1. Are you presently employed?        YES ( )   NO (X)

   A. If the answer is YES, state the amount of your salary or wages per month, and give the name and address of your employer.
   INCARCERATED

   B. If the answer is NO, state the date of last employment and the amount of salary and wages per month which you received.
   INCARCERATED OVER ONE YEAR

2. Have you received within the past twelve months any money from any of the following sources?

   A. Business, profession or form of self-employment?  YES ( )   NO (X)
   B. Rent payments, interest or dividends?   YES ( )   NO (X)
   C. Pensions, annuities or life insurance payments?  YES ( )   NO (X)
   D. Gifts or inheritances?   YES ( )   NO (X)
   E. Any other sources?   YES ( )   NO (X)

If the answer to any of the above is YES, describe each source of money and state the amount received from each during the past twelve months.
INCARCERATED
_____
_____

3. Do you own cash, or do you have money in a checking or savings account? [Include any funds in prison accounts.]   YES (X)   NO ( )   See Attached Print out

   If the answer is YES, state the total value of the items owned.
   _____
   _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property [excluding ordinary household furnishings and clothing]?   YES ( )   NO (X)

   If the answer is YES, describe the property and state its approximate value.
   NONE
   _____

5. List the persons who are dependent upon you for support, state your relationship to those persons and indicate how much you contribute toward their support.   NONE INCARCERATED
   _____
   _____

   _____
   Signature of Affiant

STATE OF ALABAMA      )
COUNTY OF _____ )

   Before me, a notary public in and for said County, in said State, personally appeared _____, whose name is signed to the foregoing complaint, who being duly sworn, deposes on oath and says:
   That the information set forth in the foregoing affidavit is true and correct to the best of his knowledge and belief.

                                             _____
                                             Signature of Affiant

Sworn to and subscribed before me this ____ day of _____, 19____.

                                             _____
                                             Notary Public

                                             _____ County, Alabama

OR

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __8-17-05__ .
   (date)

_____
Signature of Affiant  JAMES ROBINSON 121865

## CERTIFICATE

I hereby certify that the plaintiff herein has the sum of $ __69.08__ on account to his credit at the __Bibb County Correctional Facility__ institution where he is confined. I further certify that plaintiff likewise has the following securities to his credit according to the records of said institution:

__None__

I further certify that he has had the average sum on account at this institution as of the first day of each month of the immediate preceding months (not to exceed six (6) months).

1. $ __235.26__ on the 1st day of __Mar 2005__
2. $ __210.80__ on the 1st day of __Apr 2005__
3. $ __207.76__ on the 1st day of __May 2005__
4. $ __198.58__ on the 1st day of __Jun 2005__
5. $ __118.39__ on the 1st day of __July 2005__
6. $ __56.88__ on the 1st day of __Aug 2005__

__Received at Bibb CF on 7/29/05 from Easterling CF.__

_____
Cynthia Stewart, Account Clerk
Authorized Officer of Institution

DATE __8/17/05__

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
EASTERLING CORR FACILITY

AIS #: 121865     NAME: ROBINSON, JAMES LYNWOOD          AS OF: 08/17/2005

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|---|---|---|---|
| AUG | 14 | $0.00 | $0.00 |
| SEP | 30 | $0.00 | $0.00 |
| OCT | 31 | $0.00 | $0.00 |
| NOV | 30 | $0.00 | $0.00 |
| DEC | 31 | $163.62 | $266.96 |
| JAN | 31 | $266.96 | $0.00 |
| FEB | 28 | $263.26 | $0.00 |
| MAR | 31 | $235.26 | $0.00 |
| APR | 30 | $210.80 | $0.00 |
| MAY | 31 | $207.76 | $0.00 |
| JUN | 30 | $198.58 | $0.00 |
| JUL | 31 | $118.39 | $0.00 |
| AUG | 17 | $4.06 | $0.00 |

