IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| JAMES L. ROBINSON,           )<br>                              )<br>    Petitioner,              )<br>                              )<br>    v.                        )<br>                              )<br>CHERYL PRICE, Warden, and    )<br>TROY KING, Attorney          )<br>General of the State of      )<br>Alabama,                     )<br>                              )<br>    Respondents.             ) | CIVIL ACTION NO.<br>1:05cv980-T<br>(WO) |

OPINION

Pursuant to 28 U.S.C.A. § 2254, petitioner filed this habeas-corpus case. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that the habeas-corpus request be denied because the required permission has not been obtained from the Eleventh Circuit Court of Appeals. Also before the court are petitioner's objections to the recommendation. After an independent and de novo review of the record, the

court concludes that the objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 18th day of November, 2005.

       /s/ Myron H. Thompson
    **UNITED STATES DISTRICT JUDGE**