IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| JAMES L. ROBINSON,          ) | |
|                     ) | |
|    Petitioner,  ) | |
|                     ) | CIVIL ACTION NO. |
|   v.          ) | 1:05cv980-T |
|                     ) | (WO) |
| CHERYL PRICE, Warden, and ) | |
| TROY KING, Attorney ) | |
| General of the State of ) | |
| Alabama,             ) | |
|                     ) | |
|    Respondents. ) | |

**JUDGMENT**

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court that:

(1) Petitioner's objections (Doc. No. 4) are overruled.

(2) The United States Magistrate Judge's recommendation (Doc. No. 3) is adopted.

(3) The petition for writ of habeas corpus (Doc. No. 1) is denied because the required permission has

not been obtained from the Eleventh Circuit Court of Appeals.

It is further ORDERED that petitioner's application to proceed in forma pauperis (Doc. No. 2) is granted.

It is further ORDERED that costs are taxed against petitioner, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 18th day of November, 2005.


                           /s/ Myron H. Thompson
                           **UNITED STATES DISTRICT JUDGE**